NINA R. RINGGOLD (SBN 133735)
LAW OFFICE OF NINA R. RINGGOLD
9420 Reseda Blvd. #361
Northridge, CA  91324
Telephone: 818.773.2409
Facsimile: 866-340-4312
Attorney for Plaintiff NAZIE AZAM

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZIE AZAM,<br><br>          Plaintiff,<br><br>v.<br><br>RUZICKA & WALLACE, LLP;<br>RICHARD SONTAG, ESQ.; DESS<br>RICHARDSON, ESQ. and DOES 1 to<br>20, inclusive. | Case No. SACV14-00226 JLS (RNBx)<br><br>PLAINTIFF'S EX PARTE APPLICATION FOR ORDERS PURSUANT TO UNDER 425.10 (g); DECLARATION OF NINA RINGGOLD<br><br>Submission Date: 7.21.14<br>Judge Josephine L. Staton |

i

NOTICE IS HEREBY GIVEN TO THIS COURT AND COUNSEL OF RECORD:

Counsel for plaintiff Nazie Azam hereby submits this ex parte application requesting orders pursuant to California Code of Civil Procedure § 425.10 (g) which allows discovery to be conducted needed to oppose a special motion to strike and to continue the hearing for such discovery.

Counsel has provided a copy of this motion to opposing counsel and has met and conferred regarding this application, compliance with the Rule 26 (f) meeting among counsel, and other matters relating to discovery in these proceedings.

On July 18, 2014 notice was given of this ex parte application.  (Decl. herein).

This ex parte application is based on this application and supporting memorandum of points and authorities and the declaration of Nina Ringgold, Esq.

Dated:  July 21, 2014                     Respectfully submitted,

LAW OFFICE OF NINA RINGGOLD

By:  s/  Nina Ringgold, Esq._____

Nina Ringgold, Esq.
Attorney for the plaintiff

1

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    INTRODUCTION AND STATEMENT OF FACTS**

Defendants in this case filed a special motion to strike under CCP § 425.16 which is set for hearing on August 8, 2014. In order to oppose the motion plaintiff requires discovery pursuant to CCP § 425.16.

A.    In plaintiff has not had access to discovery or initial disclosures.

1.    <u>Previous Request for Admissions.</u> In bankruptcy adversary proceeding (13-ap-01229, Azam v. Bank of America, NA et al) plaintiff propounded requests for admissions. (Decl Ex 1). The admissions related to whether authorization existed as to defendants activities in the state court *limited* division (UD Action). Plaintiff does not allege there existed an attorney client relationship and defendant's motion asserts that this court should presume that such relationship exists. Attorney Kerry Moynihan whose firm was involved in proceedings in the state court *unlimited division* (Quiet Title Action) is believed to be family member of the CEO of Bank of America, NA and involved in activities the claims of defendants' erroneously claims of "authorization" to act for a different entity. Plaintiff contends the proceedings in the state court limited division were not filed by a client of defendants and instead filed in their self-interest through a phantom plaintiff (trustee of a securitized trust which did not exist), without a mandatory verification of a client, and in direct conflict with a bankruptcy court

1

relief of stay order dated July 21, 2014 (See Plaintiff's Request for Judicial Notice filed at Dkt 25 "RJN").  Alternatively, the conduct was part of conspiracy by defendants with alleged client to avoid bankruptcy jurisdiction and orders and federal consent orders and judgment.  Plaintiff claims the conduct violated the Fair Housing Act, 42 U.S.C. § 1985, and that the conduct was a means of extortion, coercion and intimidation as to a debt which was not owed by the identified entity or persons in the collection effort.  The request for admissions previously served included a letter from the office of the Chief Executive Officer of Bank of America NA (Craig Moynihan).  The confirmed that Bank of America NA had no interest in the property and that the banks records indicated that the mortgage had been paid in full and closed out in 2006.  (See RFA Exhibit 4).

      2.   <u>Funneling and Out of Court Extortion, Intimidation, and Coercion Violating the Fair Housing Act and Bankruptcy Law</u>  The complaint alleges that there is a pattern of discriminary conduct and business practices violating bankruptcy law and the FHA.  Plaintiff contends that there was an illegal eviction without execution of a writ of possession by the Orange County Sherriff.  Real estate agents and brokers indicated the illegal eviction was authorized by attorneys and/or the bank.  Defendants' special motion to strike confuses the issue by claiming a later eviction was effectuated by the sheriff (albeit without a writ of possession linked to entity specified in a judgment).  The complaint alleges that the

misrepresentations in the bankruptcy court, fraudulent securitizations and assignments, are part of a practice of funneling racial and language minorities in the into the limited division of the state court.  It also alleges that the conduct complained of is completely disconnected from the proceedings, directed by the attorneys, and were discriminatory forms of intimidation and coercion.  (i.e. illegal (self-help evictions for self-interests, racially charged comments and intimidation tactics, in part, forming a basis of debt collection).  Due to the disputed claims of the attorneys and real estate agents/brokers as to the alleged instructions and authorizations discovery is required.

3.     <u>Attempts to Organize Rule 26 (f) Meeting Among Counsel</u> . On July 7, 2014 counsel for plaintiff attempted to organize a meeting among counsel.  (See Decl. Ex 2).  Counsel for defendant refused to agree to participate until after the hearing.  Based on this refusal to comply with the Federal Rules of Civil Procedure, plaintiff cannot obtain access to initial disclosures or discovery.  In conflict with the Federal Rules, CCP § 425.16 (g) stays discovery unless this motion is filed.

4.     <u>Notification regarding this Motion and Meet and Confer Efforts.</u> Counsel for the plaintiff provided notice of this filing and attempted to meet and confer without cooperation of counsel for defendant.

## II.    LEGAL DISCUSSION

**A.    Good Cause Exists for An Order Allowing Discovery Relating To the Special Motion to Strike and Continuance Of the Motion To Allow Said Discovery.**

As will be discussed in plaintiff's motion, although ambiguous, it appears that defendants ground the pending motion on a theory of failure of proof or evidence.  Therefore, the motion must be treated as though it is a motion for summary judgment and discovery must be developed sufficiently to permit summary judgment under Rule 56.  See Rogers v. Home Shopping Network, Inc. 57 F.Supp.2d 973, 974-77 (C.D. Cal. 1999), Metabolife Int'l, Inc. v. Wornick, 264 F.3d 832 (9th Cir. 2001).

Although the motion claims to request to strike the entire complaint, the California anti-SLAPP statute does not apply to federal claims or to matters pertaining to bankruptcy law, orders, or jurisdiction.  There is some dispute, without decision of the Ninth Circuit, as to whether it applies to state pendent claims when there is federal question jurisdiction (particularly when the pendent claims relate to federal bankruptcy law or discrimination claims).  See United States ex rel. Newsham v. Lockheed Missiles & Space Co., 190 F.3d 963, 970-973 (9th Cir. 1999) (diversity jurisdiction), In re Bah 321 B.R. 41 45 n. 6 (9th Cir. BAP 2005) (applied only to state claims), Makaeff v. Trump University, LLC, 736 F.3d 1180

4

(2013) (diversity jurisdiction)(dissent indicating of conflicting views in the Ninth Circuit).

A matter which is not in doubt is that plaintiff is to be allowed to continue the hearing to pursue discovery related to the motion.  <u>Rogers</u> *supra.*  The discovery is specified in the accompanying declaration is reasonable in scope.

**B.     This Motion Could Not Be Filed Earlier Due To Conflicting Obligations Pertaining To This Case And Personal Circumstances.**

During the period for responses to the motion plaintiff has been engaged in briefing in appeal in BAP.  An opening brief is in preparation and will be filed on July 22, 2014.  (BAP Appeal No. 14-1169).  Reply briefs are due in a consolidated appeal.  (BAP Appeal No. 13-1345, 13-1538).  An extension was requested by respondent's counsel in the state appeal unlimited state court proceedings (UD Action) (also defendants in this case).  The extension of respondents caused a conflict of time to file the appeal reply and file the opposition to defendants' motion to dismiss, motion for judicial notice, and special motion to strike.  Additionally, counsel has had a personal matter concerning a parent with a medical issue.

Plaintiff requests that this court adopt the proposed order submitted by the plaintiff.

## III.   CONCLUSION

For the foregoing reasons, it is respectfully requested that this court grant the relief requested by this ex parte application

Dated:  July 21, 2014                    Respectfully submitted,

LAW OFFICE OF NINA RINGGOLD

By:  s/  Nina Ringgold, Esq.

Nina Ringgold, Esq.
Attorney for the Plaintiff

6

## DECLARATION OF NINA RINGGOLD

1.      I am the attorney of record for plaintiffs in this action.  If called as a witness I could and would competently testify to the matters stated herein.

2.      The name, address, and telephone number and email address of counsel for the opposing counsel are as follows:

Richard S Sontag
Ruzicka and Wallace
16520 Bake Parkway Suite 280
Irvine, CA 92618
949-759-1080
Fax: 949-759-6813
Email: richard@rswlaw.net

3.      Attached to this Declaration are true and correct copies of the following Exhibits:

Exhibit(s)

1.  **Dated: October 19, 2013.**  Request for Admissions to Bank of America in Azam v. Bank of America NA et al (13-ap-01229)

2.  **Dated:  July 5 & 7, 2014.**  Email to opposing counsel and responding email regarding scheduling a Rule 26 first meeting among counsel

3.  **Dated:**  July 18, 2014.  Notice and Meet and Confer regarding

this application.

5.     My office is requesting to conduct the following limited discovery with respect to the pending motion.  (the discovery will be limited to the disputed issues in the motion including characterization and presumed authorization as to the matters specified in the complaint; and other issues raised in defendants' motion to strike).  As the court can see from the previous request for admission propounded, discovery has been specific and limited in scope)

     a.     Depositions – Six depositions

     b.     Written Discovery (per defendant)-

          Admissions - 20

          Special Interrogatories - 35

          Document Requests - 35

     c.     Third party discovery (subpoenas) - 10

6. During the period for responding to the special motion to strike, motion for judicial notice, and motion to dismiss my office has been engaged in briefing in appeal in BAP.  An opening brief is in preparation and will be filed on July 22, 2014.  (BAP Appeal No. 14-1169).  Reply briefs are due in a consolidated appeal.  (BAP Appeal No. 13-1345, 13-1538).  An extension was requested by respondent's counsel in the state appeal from the proceedings in the unlimited state court (UD Action)

(the same defendants in this case).  This extension caused the time to file reply to conflict with the briefing on the pending motions.  Additionally I have been dealing with a personal matter concerning a parent with a medical issue. (the parent has a vision impairment and is partially blind).

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on July 21, 2014.


s/  Nina Ringgold, Esq.

# EXHIBIT 1

Nina R. Ringgold (SBN 133735)
LAW OFFICE OF NINA R. RINGGOLD
9420 Reseda Blvd. #361
Northridge, CA  91324
Telephone: 818.773.2409
Facsimile: 866-340-4312
Attorney for Debtor NAZIE AZAM

# UNITED STATES BANKRUPTCY COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re NAZIE AZAM, Debtor | Case No.: 8:13-bk-14339-TA |
| | Chapter 13 |
| | Judge  Theodor Albert |
| | |
| NAZIE AZAM, | Adversary Proceeding |
|      Plaintiff, | No.: 8:13-ap-01229-TA |
| v. | REQUEST FOR ADMISSIONS UNDER RULE 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE |
| BANK OF AMERICA, NATIONAL ASSOCIATION et al; | |
| | Propounding Parties:  Plaintiff Nazie Azm |
| | Respondent Parties:  Defendant Bank of America, National Association - Brian Moynihan Chief Executive Officer of  Bank of America, National Association |
| | Set No.:  1 |

1

### REQUEST FOR ADMISSIONS

Pursuant to Rule 36 of the Federal Rules of Civil Procedure, Nazie Azam requests that Bank of America, National Association Chief Executive Officer Brian Moynihan admit the truth of the Request for Admissions set forth below within thirty (30) days after service of this Request.  To the extent applicable this discovery is pursuant to Rule 26 (a)(1)(B)(viii).[1]

For the purpose of this Request, the following definitions and instructions shall apply.

### DEFINITIONS

1.    The term "you" and "your" include any persons controlled by or acting on behalf of yourself, persons controlled or acting on behalf of yourself, including buy not limited to all officers, directors, board of directors, owners, employees, agents, representatives, attorneys, associate attorneys, co-counsel, consultants, advisors, subsidiaries, parent companies, affiliated companies, affiliated persons, or joint venturers.

2.    The use of the singular form of any word also includes the plural and vice versa.

3.    The use of the present tense shall include past tenses.

---

[1] The ancillary proceedings include but are not limited to (1) Motion to withdraw reference ( USDC, SAC13-01354 JLS); (2) Writ of Supervisory and Advisory Mandamus (9th Cir., 13-7334); (3) Appeals in Ninth Circuit (9th Cir., 12-56848, 13-00633, 13-15366, 13-60094, 13-60095); (4) Appeals In Bankruptcy Appellate Panel (BAP, 13-1345, 13-1369); and Appeals In Orange County Superior Court (OCSC, 30-2013-00650021, 30-2013-00641238).

# INSTRUCTIONS

1.     Your written response to this request must comply with Rule 36 of the Federal Rule of Civil Procedure.

2.     Any ground for objection must be stated and can not be solely on the ground that the request presents a genuine issue for trial.

3.     If your response is that only part of a request for admission is objectionable, the remainder of the request shall be answered.

4.     Attached hereto are copies of documents referenced in or relate to this discovery request.

**Exhibit 1 (July 21, 2010)**- Order filed and entered on July 21, 2010 Granting Bank of America, National Association's Motion for Relief From Stay Under 11 U.S.C. § 362 in Chapter 7 Bankruptcy of Nazie Azam Case No. 8:10-bk-1736-TA.

**Exhibit 2 (November 15, 2010)**- Press Notification of CNBC regarding U.S. Bancorp acquisition of U.S. securitization trust administration business of Bank of America on November 15, 2010.

**Exhibit 3 (February 15, 2012)**- Summons and Complaint for Unlawful Detainer-Eviction filed on February 15, 2012 in Limited Division of the Superior Court of the County of Orange Case No. 30-2012-00545071 by Bank of America, National Association as Successor by Merger to LaSalle Bank NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR12 Trust with attorneys specified as Dess Richardson, Esq., Richard Sontag, Esq., and Ruzicka & Wallace LLP.

**Exhibit 4 (April 17, 2012)**-April 17, 2012 from Executive Customer Relations Office of the CEO and President, Tanya Best Default Servicing Customer Advocate Office of the CEO and President Bank of America, N.A. (responding to Consumer Financial Protection Bureau Case No. 120404-

3

000004).

**Exhibit 5 (October 31, 2012)**- Order filed and entered on October 31, 2012 Granting Bank of America, National Association as Successor by Merger to La Salle Bank NA as Trustee for WaMu Mortgage pass-through certificate series 2006-AR12 Trust's Motion for Relief From Stay Under 11 U.S.C. § 362 in Chapter 13 Bankruptcy of Nazie Azam Case No. 8:12-bk-20322-TA.

5.     These requests for admissions are continuing and require further answer and supplementation, as provided by Federal Rule of Civil Procedure 26 (e).

## REQUEST FOR ADMISSIONS

### REQUEST FOR ADMISSION NO. 1

Admit that you do not have any relationship, other than an attorney-client relationship, with Kerry Moynihan (State Bar Number 250571) of Bryan Cave LLP.

### REQUEST FOR ADMISSION NO. 2

Admit that you do not have a family relationship with Kerry Moynihan (State Bar Number 250571) of Bryan Cave LLP.

### REQUEST FOR ADMISSION NO. 3

Admit that you do not have a relationship through marriage within your family with Kerry Moynihan (State Bar Number 250571) of Bryan Cave LLP.

### REQUEST FOR ADMISSION NO. 4

Admit that Bank of America, National Association was responsible for supervising the legal work of Ruzicka & Wallace LLP in the case of Bank of America, National Association as Successor by Merger to LaSalle Bank NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR12 Trust v. Nazie Azam (Superior Court of

California, Orange County Case No. 30-2012-00545071).

### REQUEST FOR ADMISSION NO. 5

Admit that the Law Office of Bryan Cave LLP was responsible for supervising the legal work of Ruzicka & Wallace LLP in the case of Bank of America, National Association as Successor by Merger to LaSalle Bank NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR12 Trust v. Nazie Azam (Superior Court of California, Orange County Case No. 30-2012-00545071).

### REQUEST FOR ADMISSION NO. 6

Admit that that the April 17, 2012 letter from the Executive Customer Relations Office of the CEO and President attached hereto as Exhibit 4 is a true and accurate representation of the genuine original document.

### REQUEST FOR ADMISSION NO. 7

Admit that Bank of America, National Association authorized The Endres Law Firm to file the Motion for Relief of Stay Under 11 U.S.C. § 362 which resulted in the July 21, 2010 order attached hereto as Exhibit 1 and entitled "Order Granting Motion for Relief From Stay Under 11 U.S.C. § 362 (Unlawful Detainer)" in the United States Bankruptcy Court for the Central District of California.

### REQUEST FOR ADMISSION NO. 8

Admit that Bank of America, National Association authorized Ruzicka & Wallace LLP to file the Motion for Relief of Stay Under 11 U.S.C. § 362 which resulted in the October 31, 2012 order attached hereto as Exhibit 5 and entitled "Order Granting Motion for Relief From Stay Under 11 U.S.C. § 362 (Unlawful Detainer)" in the United States Bankruptcy Court for the Central District of California.

**REQUEST FOR ADMISSION NO. 9**

Admit that Bank of America, National Association authorized Ruzicka & Wallace LLP to file the Summons and Complaint for Unlawful Detainer-Eviction filed on February 15, 2012 in the Limited Division of the Superior Court of the County of Orange Case No. 30-2012-00545071 attached hereto as Exhibit 3.

**REQUEST FOR ADMISSION NO. 10**

Admit that Bank of America, National Association sold its United States Trust Administration business to U.S. Bancorp in November 2010.

**REQUEST FOR ADMISSION NO. 11**

Admit that Bank of America, National Association sold all United States Trust Administration business to U.S. Bancorp in November 2010 as indicated in Exhibit 2 attached hereto.

**REQUEST FOR ADMISSION NO. 12**

Admit that Bank of America, National Association sold any alleged interest it has in the WaMu Mortgage Pass-Through Certificate Series 2006-AR12 Trust prior to the Unlawful Detainer Action identified in Exhibit 2.

**REQUEST FOR ADMISSION NO. 13**

Admit that Bank of America, National Association's merger with LaSalle NA was after the closing date of September 1, 2006 for the WaMu Mortgage Pass-Through Certificate Series 2006-AR12 Trust.

**REQUEST FOR ADMISSION NO. 14**

Admit that Bank of America, National Association does not have a recorded substitution of trustee dated after September 1, 2006 which replaces Bank of America,

National Association in lieu of LaSalle NA as the institutional trustee of the WaMu

Mortgage Pass-Through Certificate Series 2006-AR12 Trust.


Dated:  October 19, 2013


                              LAW OFFICE OF NINA RINGGOLD

                        By:_____

                              Nina Ringgold, Esq.
                              Attorney for the Plaintiffs

7

## EXHIBITS ATTACHED TO REQUEST FOR ADMISSIONS
### (Bank of America, National Association Brian Moynihan)

**Exhibit 1 (July 21, 2010)-** Order filed and entered on July 21, 2010 Granting Bank of America, National Association's Motion for Relief From Stay Under 11 U.S.C. § 362 in Chapter 7 Bankruptcy of Nazie Azam Case No. 8:10-bk-1736-TA.

**Exhibit 2 (November 15, 2010)-** Press Notification of CNBC regarding U.S. Bancorp acquisition of U.S. securitization trust administration business of Bank of America on November 15, 2010.

**Exhibit 3 (February 15, 2012)-** Summons and Complaint for Unlawful Detainer-Eviction filed on February 15, 2012 in Limited Division of the Superior Court of the County of Orange Case No. 30-2012-00545071 by Bank of America, National Association as Successor by Merger to LaSalle Bank NA as Trustee for WaMu Mortgage Pass-Through Certificates Series 2006-AR12 Trust with attorneys specified as Dess Richardso, Esq., Richard Sontag, Esq., and Ruzicka & Wallace LLP.

**Exhibit 4 (April 17, 2012)-**April 17, 2012 from Executive Customer Relations Office of the CEO and President, Tanya Best Default Servicing Customer Advocate Office of the CEO and President Bank of America, N.A. (responding to Consumer Financial Protection Bureau Case No. 120404-000004).

**Exhibit 5 (October 31, 2012)-** Order filed and entered on October 31, 2012 Granting Bank of America, National Association as Successor by Merger to La Salle Bank NA as Trustee for WaMu Mortgage pass-through certificate series 2006-AR12 Trust's Motion for Relief From Stay Under 11 U.S.C. § 362 in Chapter 13 Bankruptcy of Nazie Azam Case No. 8:12-bk-20322-TA.

# EXHIBIT 1

| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Laurie Howell #98785<br>THE ENDRES LAW FIRM<br>2121 2nd Street, Suite C105<br>Davis, CA 95618<br>Phone: (530) 750-3700<br>Fax: (530) 750-3344<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* BANK OF AMERICA, NATIONAL ASSOCIATION | **FILED & ENTERED**<br><br>**JUL 21 2010**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY ngo      DEPUTY CLERK |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:<br><br>NAZIE AZAM<br><br><br><br>Debtor(s). | CHAPTER: 7<br><br>CASE NO.: 8:10-bk-17236-TA |
| | DATE: 7/6/10<br>TIME:   10:30 am<br>CTRM: 5B<br>FLOOR: 5th Floor |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT: BANK OF AMERICA, NATIONAL ASSOCIATION )

1. The Motion was:   ☒ Contested   ☐ Uncontested   ☐ Settled by Stipulation

2. This Order applied to the following residential or nonresidential real property (the "Property"):

   *Street Address:* 18 DORCHESTER GREEN
   *Apartment/Suite no.:*
   *City, State, Zip Code:* LAGUNA NIGUEL, CA 92677

3. The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2). The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant"). Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4. The Court further orders as follows:

   a. ☐ Movant shall not cause the Debtor(s) to be locked out before the following date *(specify)*:

   b. ☐ The Stay is annulled retroactive to the petition date. Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.

   c. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   d. ☐ All provisions of this Order also apply to relief from the co-debtor under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor. *Order is continued on the next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                     **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 2                          **F 4001-10.UD**

| In re:<br>NAZIE AZAM | CHAPTER  7 |
|---|---|
| Debtor(s). | CASE NUMBER  8:10-bk-17236-TA |

e.   ☒  The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

f.   ☒  The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10.ER).*

g.   ☐  See attached continuation page for additional provisions.

### ###

DATED: July 21, 2010

*Theodor C. Albert*

United States Bankruptcy Judge

*December 2009*                                                **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 3                    **F 4001-10.UD**

| In re:<br>NAZIE AZAM | CHAPTER  7 |
|---|---|
| Debtor(s). | CASE NUMBER  8:10-bk-17236-TA |

## *(OPTIONAL)*
## EXTRAORDINARY RELIEF ATTACHMENT
## (MOVANT:<u>BANK OF AMERICA, NATIONAL ASSOCIATION</u>)

*(This Attachment is the continuation page for Paragraph  __4f__  of the foregoing Order.)*

Based upon evidence of efforts by Debtor(s) or others acting in concert with Debtor(s) to delay, hinder or defraud Movant by abusive bankruptcy filings, this court further orders as follows:

1. ☒ This Order is binding and effective in any bankruptcy case commenced by or against the Debtor(s) for a period of 180 days from the hearing of the Motion.

2. ☒ This Order is binding and effective in any bankruptcy case commenced by or against any successors, transferees, or assignees of the above-named Debtor(s) for a period of 180 days from the hearing of the Motion.
   ☒ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

3. ☒ This Order is binding and effective in any bankruptcy case commenced by or against any debtor(s) who claim(s) any interest in the Property for a period of 180 days from the hearing of the Motion.
   ☒ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

4. ☒ This Order is binding and effective in any future bankruptcy case, no matter who the debtor(s) may be
   ☒ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

5. ☐ The Debtor(s) is/are hereby enjoined from transferring all or any portion of the Property for a period of 180 days from the hearing of the Motion except as may be authorized by further order of this Court, and any transfer in violation of this Order is void.

6. ☒ The Sheriff or Marshal may evict the Debtor(s) and any other occupant from the subject Property regardless of any future bankruptcy filing concerning the Property for a period of 180 days from the hearing of the Motion.
   ☒ without further notice.
   ☐ upon recording of a copy of this Order or giving appropriate notice of its entry in compliance with applicable non-bankruptcy law.

7. ☐ Other (*specify*):

TCA

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                 **F 4001-10.UD**

Order Granting Motion for Relief from Stay – Page 4                 **F 4001-10.UD**

| In re:<br>NAZIE AZAM<br><br>                                                    Debtor(s). | CHAPTER  7<br><br>CASE NUMBER  8:10-bk-17236-TA |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
2121 2nd St, Davis, CA 95618

A true and correct copy of the foregoing document described <u>Proposed Order Granting Relief from Stay</u>  l be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _7/6/10_  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Nazie Azam, Debtor, 8 Dorchester Green, Laguna Niguel, CA 92677 (mail)
Nikki Hashemi, Attorney for Debtor, 16133 Ventura Blvd, Suite 700, Encino, CA 91436 (mail)
Hon. Theodor C. Albert, US Bankruptcy Court, 411 West Fourth St, Suite 5085, Santa Ana, CA 92701 (mail)

☐  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/6/10 | Evelia Anaya | | /s/ Evelia Anaya |
|---|---|---|---|
| *Date* | *Type Name* | | *Signature* |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

Order Granting Motion for Relief from Stay – Page 5          **F 4001-10.UD**

| In re:<br>NAZIE AZAM | CHAPTER  7 |
|---|---|
| Debtor(s). | CASE NUMBER  8:10-bk-17236-TA |

## NOTE TO USERS OF THIS FORM:

1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) _____ ORDER GRANTING RELIEF FROM STAY (UD)_____
be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____7/6/10_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

James J Joseph, Chapter 7 Trustee, Email: Kvalbuena@dgdk.com
United States Trustee, Email: ustpregion16.sa.ecf@usdoj.gov
Nikki Hashemi, Debtor's Attorney, Email: nikki.hashimi@gmail.com

☐  Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Nazie Azam, Debtor, 18 Dorchester Green, Laguna Niguel, CA 92677

☐  Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐  Service information continued on attached page

*December 2009*                                                           **F 4001-10.UD**

# EXHIBIT 2

# CNBC.com

## Bank of America Sells Securitization Unit to US Bancorp

BANK OF AMERICA CORP, U.S. BANCORP, BUSINESS NEWS
CNBC.com | Monday, 15 Nov 2010 | 1:25 PM ET

U.S. Bank, the largest subsidiary of U.S. Bancorp, will acquire the U.S. and European securitization trust administration businesses of Bank of America, the company announced Monday. The deal could be worth as much as $35 million.

The transaction, which is expected to close in December, is expected to increase U.S. Bancorp's market share in the collateralized debt obligations (CDO) and commercial and residential mortgage-backed securities (MBS) markets. The deal will also establish a presence for the firm in Europe, according to a company press release.

The purchase will provide U.S. Bank with an additional $10 billion in deposits. Its Corporate Trust Services unit will absorb over 2,150 active securitization transactions, about 2.4 million residential and 84,000 commercial mortgage cases and $1.1 trillion in assets under management.

Shares of U.S. Bancorp jumped more than 2 percent Monday. Bank of America shares were up slightly.

© 2013 CNBC.com

URL: http://www.cnbc.com/40197494

# EXHIBIT 3

**SUMMONS**
**(CITACION JUDICIAL)**
UNLAWFUL DETAINER—EVICTION
(RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

**SUM-130**

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTER

2012 FEB 15 PM 1:42

ALAN CARLSON, Clerk

BY_____ DEPUTY

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**
NAZIE AZAM; and DOES 1 to 20, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**
BANK OF AMERICA(SEE ATTACHMENT)

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the court day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

1. The name and address of the court is:
   (El nombre y dirección de la corte es):

   SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY
   23141 MOULTON PKWY., 2ND FLOOR

   LAGUNA HILLS, CA 92653-1206
   LAGUNA HILLS FACILITY –LIMITED CIVIL

   CASE NUMBER:
   (Número del caso):

   30-2012
   00545071

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
   (El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
   DESS RICHARDSON, ESQ.   (949) 759-1080
   RUZICKA & WALLACE, LLP (SBN #269540)
   16520 BAKE PKWY., SUITE 280
   IRVINE, CA 92618

3. (Must be answered in all cases) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [X] did not [ ] did
   for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: FEB 15 2012   Clerk, by _____ r. Vu-Pham , Deputy
(Fecha)   ALAN CARLSON   (Secretario)   (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

[SEAL]

4. **NOTICE TO THE PERSON SERVED:** You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant
   d. [ ] on behalf of (specify):

   under:  [ ] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
           [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
           [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
           [ ] CCP 415.46 (occupant)   [ ] other (specify):

5. [ ] by personal delivery on (date):

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

**SUMMONS—UNLAWFUL DETAINER—EVICTION**

Code of Civil Procedure §§ 412.20, 415.456, 1167

Legal Solutions Plus

**SUM-130**

| PLAINTIFF *(Name):* BANK OF AMERICA(SEE ATTACHMENT) | CASE NUMBER: |
|---|---|
| DEFENDANT *(Name):* NAZIE AZAM; and DOES 1 to 20, inclusive | |

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advise for pay from an unlawful detainer assistant):*

   a. Assistant's name:

   b. Telephone no.:

   c. Street address, city, and zip:

   d. County of registration:

   e. Registration no.:

   f. Registration expires on *(date)*:

| PETITIONER/PLAINTIFF: BANK OF AMERICA, NATIONAL ASSOCIATION | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: NAZIE AZAM; and DOES 1 to 20, inclusi | |

PLAINTIFF:
BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK
NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR12
TRUST


Legal
Solutions
Plus

1  Dess Richardson, Esq. (State Bar Number 269540)
   Richard Sontag, Esq., (State Bar Number 108652)
2  RUZICKA & WALLACE, LLP
   16520 Bake Parkway, Suite 280
3  Irvine, CA 92618
   Telephone: (949) 759-1080
4  Facsimile: (949) 759-6813

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

2012 FEB 15  PM 1:42

ALAN CARLSON, CLERK OF THE COURT

BY_____ DEPUTY

5  Attorneys for Plaintiff, **BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY**
6  **MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH**
   **CERTIFICATES SERIES 2006-AR12 TRUST**

7

8              **SUPERIOR COURT OF CALIFORNIA**
                                              30-2012
9      **COUNTY OF ORANGE, LAGUNA HILLS FACILITY -LIMITED CIVIL**

10  BANK  OF  AMERICA,  NATIONAL  )  Case No.: **0 0 5 4 5 0 7 1**
    ASSOCIATION  AS  SUCCESSOR  BY )
11  MERGER  TO  LASALLE  BANK  NA  AS )  **LIMITED CIVIL CASE**
    TRUSTEE FOR WAMU MORTGAGE PASS- )
12  THROUGH CERTIFICATES SERIES 2006- )  **COMPLAINT FOR UNLAWFUL DETAINER**
    AR12 TRUST,                     )
13                                  )  **AMOUNT DEMANDED DOES NOT**
             Plaintiff,             )  **EXCEED $10,000**
14                                  )
       vs.                          )  (Foreclosure)
15                                  )
    NAZIE AZAM; and DOES 1 to 20, inclusive, )  Action based on Code of Civil Procedure
16                                  )  Section 1161a
             Defendants.           )
17                                  )
                                    )
18  _____ )

19
20  Plaintiff alleges:

21       1.     This court is the proper court for this action because:

22       a.     Each Defendant resides and/or conducts business in the area served by this Court;

23       b.     The real property which is the subject of this action, **18 DORCHESTER GREEN ,**

    **LAGUNA NIGUEL, CA 92677** (hereinafter, the "Property"), is located in the area served by this
24
    Court; and
25
26       c.     The amount of damages claimed in this action does not exceed $10,000.00.

27       2.     Plaintiff is informed and believes and thereon alleges that the Defendant(s), and

28  each of them, are, and at all times herein mentioned, were residents of the County of ORANGE,

                                      1

1 | State of California, and reside within the jurisdictional boundaries of this Court.

2 |     3.    The true names and capacities of Does 1 through 20, inclusive, are presently
3 | unknown to Plaintiff, who therefore sues such Defendant(s) under such fictitious names pursuant
4 | to Section 474 of the Code of Civil Procedure. Plaintiff is informed and believes, and on such
5 | information and belief, alleges that each such "Doe" Defendant is in possession of the Property,
6 | without the permission or consent of Plaintiff, and Plaintiff will amend this complaint to state the
7 | true names and capacities of said Defendant(s) when the same have been ascertained.

8 |     4.    Plaintiff is informed and believes, and thereon alleges that the Defendant(s) and
9 | each of them, are, and at all times mentioned herein were, the agent, servant and employee of
10 | each of the other Defendant(s), and in doing the things herein alleged, were acting within the
11 | course and scope of said agency and employment.

12 |     5.    Plaintiff is the owner of and entitled to immediate possession of the Property.

13 |     6.    The Property was sold in accordance with Section 2924 of the Civil Code, under
14 | power of sale contained in a deed of trust executed by the Defendant(s) herein, and title under
15 | the sale has been duly perfected in Plaintiff by the recording of a Trustee's Deed Upon Sale in
16 | the Official Records, County of ORANGE.

17 |     7.    On February 8, 2012, Defendant(s), and each of them, were served with a three-
18 | day written notice to quit and deliver up possession of the Property to Plaintiff ("Notice"). The
19 | Notice was served in accordance with Code of Civil Procedure section 1162. True and correct
20 | copies of the Notice and Proof of Service thereof are attached to this complaint collectively as
21 | Exhibit "A" and incorporated herein by this reference.

22 |     8.    More than three (3) days have elapsed since the service of the Notice, but
23 | Defendant(s), and each of them, have failed and refused to deliver up possession of the Property
24 | to Plaintiff.

25 |     9.    Defendant(s), and each of them, remain in possession of the Property without
26 | Plaintiff's permission or consent.

27 |     10.    On information and belief, Defendant(s) are not tenants or subtenants.

28 |     11.    The reasonable rental value of the use and occupancy of the Property is not less

1  than $50.00 per day.  Damages to Plaintiff caused by Defendant(s)' unlawful detention of the

2  Property have accrued since February 14, 2012 and will continue to accrue so long as

3  Defendant(s) remain in possession of the Property.

4       WHEREFORE, Plaintiff prays for judgment against Defendant(s) as follows:

5       1.    For restitution of the Property;

6       2.    For damages in an amount to be determined at trial but not less than $50.00 per

7  day from February 14, 2012 for each day that Defendant(s) continue in possession of the

8  Property through the date of entry of judgment;

9       3.    For costs of suit incurred herein; and

10      4.    For such other and further relief as the Court deems just and proper.

                                    RUZICKA & WALLACE, LLP
                                    A California limited liability partnership

13  DATED: February 14, 2012

                                    _____
14                                  By: DESS RICHARDSON, ESQ.
                                    Attorneys  for  Plaintiff,  **BANK  OF  AMERICA,**
15                                  **NATIONAL ASSOCIATION AS SUCCESSOR BY**
                                    **MERGER TO LASALLE BANK NA AS TRUSTEE**
16                                  **FOR  WAMU  MORTGAGE  PASS-THROUGH**
                                    **CERTIFICATES SERIES 2006-AR12 TRUST**

COMPLAINT FOR UNLAWFUL DETAINER

**VERIFICATION**

1
2    I am one of the attorneys for the Plaintiff in this action. The Plaintiff is absent from the
3    County of Orange, California, in which I have my office in that Plaintiff's headquarters are not
4    located in this county, or the Plaintiff is otherwise unable to verify this pleading as of the date set
5    forth herein below, and I make this verification for an on behalf of Plaintiff for that reason. I have
6    read the foregoing Complaint for Unlawful Detainer and am familiar with its contents. I am
7    informed and believe that the matters contained within it are true and on that ground allege that
8    the matters stated are true.

9    I declare under penalty of perjury that the foregoing is true and correct.

10    Executed on February 14, 2012 at Irvine, California.

11                                            RUZICKA & WALLACE, LLP
12                                            A California limited liability partnership
13
14                                            By: DESS RICHARDSON, ESQ.
                                              Attorneys   for   Plaintiff,  **BANK   OF   AMERICA,**
15                                            **NATIONAL  ASSOCIATION  AS  SUCCESSOR  BY**
                                              **MERGER TO LASALLE BANK NA AS TRUSTEE**
16                                            **FOR   WAMU   MORTGAGE   PASS-THROUGH**
                                              **CERTIFICATES SERIES 2006-AR12 TRUST**
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

 

Notice to Any Renters Living At

18 DORCHESTER GREEN, LAGUNA NIGUEL, CA, 92677

The attached notice means that your home was recently sold in foreclosure and the new owner plans to evict you.

You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in your home for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

How to Get Legal Help

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

This cover sheet is being provided in accordance with California Code of Civil Procedure §1161c.

# NOTICE TO VACATE

TO:         NAZIE AZAM, and all tenants, subtenants, and others in possession

ADDRESS:  18 DORCHESTER GREEN
          LAGUNA NIGUEL, CA 92677

The above-referenced real property ("Property") was sold at a foreclosure sale in accordance with section 2924 of the California Civil Code under a power of sale contained in a deed of trust securing said Property, and title under the sale has been duly perfected. The new owner seeks to recover possession of the Property in good faith to market and sell the Property.

Within **three (3) days** after service of this notice, you are hereby required to vacate and deliver possession of the Property now held and occupied by you to the undersigned unless you are a tenant or subtenant.

If you are a tenant or subtenant, then you must vacate the Property within **ninety (90) days** after service of this notice _unless_ you are tenant who entered into a bona fide lease prior to the notice of foreclosure in which case you must vacate the Property at the end of the remaining current term set forth in the bona fide lease, or ninety (90) days after service of this notice, whichever occurs later.

Under the federal Protecting Tenants at Foreclosure Act of 2009, a lease is considered bona fide only if _all_ of the following conditions exist: (1) you are not the mortgagor or the child, spouse, or parent of the mortgagor; (2) your lease was the result of an arms-length transaction, and (3) the lease requires the receipt of rent that is (i) not substantially less than fair market rent for the Property, or (ii) the unit's rent is reduced or subsidized due to a federal, state or local subsidy. The date of a notice of foreclosure is deemed to be the date on which complete title to a property is transferred to a successor entity or person as a result of an order of a court or pursuant to provisions in a mortgage, deed of trust, or security deed.

If you claim to be a tenant or subtenant, within three days after service of this notice, please notify the undersigned in writing of your tenancy and provide the undersigned with the following information: (a) a copy of your lease or rental agreement, or if you do not have a written lease or rental agreement, please provide a written explanation of the terms of the agreement under which you occupy the Property, including without limitation, the date you entered into the agreement, the names of all parties who entered into the agreement, the term of the agreement, the amount of monthly rent, the utilities paid by the landlord (if any), the amount of your security deposit (if any), and whether you receive assistance under the U.S. Department of Housing and Urban Development's (HUD) Section 8 Housing Program; (b) proof of your last rental payment and any security deposit; (c) a list of any conditions at the Property that require repair and (d) whether you are the child, spouse, or parent of the mortgagor.

 

If you are a tenant who rented the Property before the foreclosure sale, you have a right to request that the new owner or its authorized agent make an initial inspection of the Property to determine its condition before you vacate, and you have the right to be present during the inspection. The purpose of the inspection is to allow you an opportunity to remedy identified deficiencies or damage to the Property, if any, caused by you. If you wish to have such an inspection, please contact the undersigned as soon as possible. If you request an inspection, you will be given 48 hours advance notice of the inspection, but you may waive in writing the required 48 hours notice and have the inspection done sooner.

This notice constitutes a notice to quit pursuant to California Code of Civil Procedure sections 1161a and 1161b. This notice also constitutes a notice of termination of tenancy/non-renewal of lease or rental agreement as to any tenancies that survived the foreclosure sale.

## <u>IMPORTANT NOTICE FOR SERVICEMEMBERS AND THEIR DEPENDENTS</u>

If you are or recently were on active duty or active service, you may be eligible for benefits and protections under the federal Servicemembers Civil Relief Act (SCRA). This includes protection from foreclosure or eviction. You also may be eligible for benefits and protections under state law. SCRA and state military benefits and protections also may be available if you are the dependent of an eligible servicemember.

Eligible service may include:

- Active duty with the Army, Navy, Air Force, Marine Corps, or Coast Guard

- Active service with the National Guard

- Active service as a commissioned officer of the National Oceanic and Atmospheric Administration

- Active service as a commissioned officer of the Public Health Service

- Service with the forces of a nation with which the United States is allied in a war or military action

- Service with the National Guard or a state militia under a state call to duty; or

- Any period when you are absent from duty because of sickness, wounds, leave, or other lawful cause.

///

///

For more information on SCRA, please call Dess Richardson, Esq. at (949) 748-3619.

RUZICKA & WALLACE, LLP
A California limited liability partnership

DATED: February 7, 2012

By: Dess Richardson, Esq.
Attorneys for the new owner: BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR12 TRUST

16520 Bake Parkway, Suite 280
Irvine, CA 92618
Telephone: (949) 748-3619
Facsimile: (949) 759-6813

**CALIFORNIA PENAL CODE SECTION 594** reads as follows: "Every person who maliciously injures or destroys any real or personal property not his/her own, in cases otherwise than such as are specified in this Code, is guilty of a misdemeanor."

 

## PROOF OF SERVICE

CLIENT: **R&W**

**INV #: 57607**   CLIENT INV #1: 120755

PLAINTIFF: BANK OF AMERICA

PERSON(S) SERVED: **NAZIE AZAM**
                 **AND ALL OTHERS IN POSSESSION**

ADDRESS:
**18 DORCHESTER GREEN**
**LAGUNA NIGUEL CA 92677**

DOCUMENT(S) SERVED:
**3/90 DAY NOTICE TO VACATE With Cover Sheet**

I, the undersigned, being at least 18 years of age, declare, under penalty of perjury, (under the laws of the State of California) that I served a copy of the above document(s) in the manner indicated below.

DATE: 2/8/12

TIME: 4:13 pm

**CONSTRUCTIVE SERVICE - POST AND MAIL**

On the date and time specified above, I posted a copy of the document(s) for each named occupant(s) in a conspicuous place there being no person of suitabe age and discretion to be found at any of the named occupant(s) known place of residence or business.

I do not know any other place of business/residence of any occupant(s) named.

**SERVICE OF MAIL**

On the date specified above, I caused a copy of the document(s) to be mailed to each of the named via First Class, United States Mail, postage prepaid, in a sealed envelope to the address listed above.

DATE: 2/9/12       JLS

FEE: $55.00

PATTI WEBER

California Registered Process Server; County of ORANGE
Registration # 2119

JENSEN LEGAL SERVICES, INC. 505 N. Tustin Ave., Suite 248 Santa Ana, CA 92705 714-541-8825

| NOTICE: EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT. |
| --- |

1. If you live here and you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

| CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
| --- | --- | --- |

ATTORNEY FOR *(Name):*

NAME OF COURT: SUPERIOR COURT OF CALIFORNIA, ORANGE COUNTY
STREET ADDRESS: 23141 MOULTON PKWY., 2ND FLOOR
MAILING ADDRESS:
CITY AND ZIP CODE: LAGUNA HILLS, CA 92653-1206
BRANCH NAME: LAGUNA HILLS FACILITY –LIMITED CIVIL

PLAINTIFF: BANK OF AMERICA(SEE ATTACHMENT)

DEFENDANT: NAZIE AZAM; and DOES 1 to 20, inclusive

| **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | CASE NUMBER: |
| --- | --- |

| Complete this form only if ALL of these statements are true: | *(To be completed by the process server)* DATE OF SERVICE: |
| --- | --- |
| 1. You are NOT named in the accompanying Summons and Complaint. 2. You occupied the premises on or before the date the unlawful detainer (eviction) Complaint was filed. 3. You still occupy the premises. | *(Date that this form is served or delivered, and posted, and mailed by the officer or process server)* |

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify):*

2. I reside at *(street address, unit No., city and ZIP code):*

3. The address of "the premises" subject to this claim is *(address):*

4. On *(insert date):* [_____], the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.)*

5. I occupied the premises on the date the complaint was filed *(the date in item 4).* I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4).*

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4).*

8. I was not named in the Summons and Complaint.

9. I understand that if I make this claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing of $ _____ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| CP10.5 [New January 1, 1991] | **PREJUDGMENT CLAIM OF RIGHT TO POSSESSION** | Legal Solutions Plus | Code of Civil Procedure, §§ 415.46, 715.010, 715.020, 1174.25 |
| --- | --- | --- | --- |

| PLAINTIFF *(Name)*: BANK OF AMERICA(SEE ATTACHMENT)<br><br>DEFENDANT *(Name)*: NAZIE AZAM; and DOES 1 to 20, inclusive | CASE NUMBER: |
|---|---|

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. **Rental agreement.** I have *(check all that apply to you)*:
   a. [ ] an oral rental agreement with the landlord.
   b. [ ] a written rental agreement with the landlord.
   c. [ ] an oral rental agreement with a person other than the landlord.
   d. [ ] a written rental agreement with a person other than the landlord.
   e. [ ] other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

**WARNING: Perjury is a felony punishable by imprisonment in the state prison.**

Date:

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
             (TYPE OR PRINT NAME)
            ▶
                  (SIGNATURE OF CLAIMANT)

**NOTICE:** If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial.  At trial, you may be found liable for rent, costs, and, in some cases, treble damages.

## - NOTICE TO OCCUPANTS -

**YOU MUST ACT AT ONCE if all the following are true:**
    1. **You are NOT named in the accompanying Summons and Complaint.**
    2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.**  *(The date is the court filing date on the accompanying Summons and Complaint.)*
    3. **You still occupy the premises.**

*(Where to file this form)*  You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)*  If you do not complete and submit this form (and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*




| PETITIONER/PLAINTIFF: BANK OF AMERICA, NATIONAL ASSOCIATION | CASE NUMBER: |
|---|---|
| RESPONDENT/DEFENDANT: NAZIE AZAM; and DOES 1 to 20, inclusi | |

PLAINTIFF:
BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK
NA AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR12
TRUST



# EXHIBIT 4



Executive Customer Relations
Office of the CEO and President

April 17, 2012

Ms. Nazie Azam
18 Dorchester Green
Laguna Niguel, CA 92677


Bank of America account ending:  0813

Dear Ms. Azam:

Bank of America's Office of the CEO and President acknowledges the receipt of your correspondence
dated April 4, 2012, forwarded by the Consumer Financial Protection Bureau ("CFPB").  Thank you for
the opportunity to respond to your concerns.

In your inquiry, you expressed concerns with the origination of the above referenced loan.  You also
expressed concerns with Bank of America's lending practices.  You stated that you were approved for a
loan modification and then your home was foreclosed on.  Additionally, you have questions about the
owner of the property's deed as you were previously told that Chase owns the home, but you believe
Bank of America was granted a summary judgment.  Lastly, you expressed concern with fraudulent and
discriminatory activity when filing your correspondence with the CFPB.  I trust I have accurately
captured your concerns.

The *Adjustable Rate Mortgage ("ARM")* referenced above originated on November 23, 2005, and your
signature on the loan documents indicates your understanding and acceptance of the terms as listed in
the lending contract.  Our records indicate that the above referenced mortgage was paid in full and
closed out in good standing in August 2006.

As confirmed during our telephone conversation on April 16, 2012, Bank of America was not your loan
servicer at the time of your workout assistance request and subsequent foreclosure.  All concerns
surrounding this information would need to be directed to and addressed by your most recent loan
servicer, as Bank of America would be considered a third party.

Bank of America, NC4-105-02-12
100 North Tryon Street, Charlotte, NC 28255-0001

♻Recycled Paper

April 17, 2012
Ms. Nazie Azam
Page Two

Regarding your claim of fraud, discrimination and predatory lending, my research has uncovered, no reasonable factual basis which would allow us to substantiate your claim. Therefore, I am unable to address your claim in detail at this time. If you continue to believe you were a victim of fraud, discrimination and predatory lending and wish to pursue this matter further, please provide me with more specific factual detail in support of your claim, and I will further investigate the matter on your behalf.

Ms. Azam, thank you for bringing your concerns to our attention. Should you need further assistance, please contact me at 1.336.333.7204. I am available Monday through Friday, from 8:30 a.m. to 5:00 p.m., Eastern.

Sincerely,

Tanya Best
Default Servicing Customer Advocate
Office of the CEO and President
Bank of America, N.A.

cc: Consumer Financial Protection Bureau ("CFPB"), case number: 120404-000004

EXHIBIT 5

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number<br>**STATE BAR # 108652**<br>Ruzicka & Wallace, LLP<br>Richard Sontag, ESQ<br>16520 Bake Parkway, Suite 280<br>Irvine, CA 92618<br>**Telephone # (949) 759-1080  Fax # (949) 759-6813**<br><br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**OCT 31 2012**<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY steinber  DEPUTY CLERK |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>Nazie Azam,<br><br><br><br><br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 8:12-bk-20322-TA<br><br>DATE: 10/09/2012<br>TIME: 10:30 AM<br>CTRM: 5B<br>FLOOR: 5th |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY
## UNDER 11 U.S.C. § 362
### (Unlawful Detainer)
### (MOVANT: Bank of America, National Association as Successor by merger to LaSalle Bank NA as Trustee for WAMU Mortgage pass-through certificate series 2006-AR12 Trust )

1.  The Motion was:       ☒ Contested       ☐ Uncontested       ☐ Settled by Stipulation

2.  This Order applied to the following residential or nonresidential real property (the "Property"):

    *Street Address: 18 Dorchester Green*
    *Apartment/Suite no.:*
    *City, State, Zip Code: Laguna Niguel, CA 92677*

3.  The Court orders that the Motion is granted under 11 U.S.C. § 362(d)(1) and (d)(2).  The stay of 11 U.S.C. § 362(a) and the co-debtor stay of 11 U.S.C. § 1201(a) or § 1301(a), if applicable, (the "Stay") is/are terminated as to Debtor(s) and Debtor's(s') bankruptcy estate with respect to Movant, its successors, transferees and assigns ("Movant").  Movant may enforce its remedies to obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate, except by filing a Proof of Claim in this bankruptcy case pursuant to 11 U.S.C. § 501.

4.  The Court further orders as follows:

    a.  ☐  Movant shall not cause the Debtor(s) to be locked out before the following date *(specify):*

    b.  ☐  The Stay is annulled retroactive to the petition date.  Any postpetition acts taken by Movant to enforce its remedies to obtain possession of the Property shall not constitute a violation of the Stay.

    c.  ☐  This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

    d.  ☐  All provisions of this Order also apply to relief from the co-debtor under 11 U.S.C. § 1201 or § 1301, as applicable to the above-named co-debtor.

*(This Order is continued on the next page)*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                 **F 4001-10.UD**

e. ☐ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

f. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10.ER)*.

g. ☐ See attached continuation page for additional provisions.

### ###

DATED: October 31, 2012

*Theodor C. Albert*

United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                    **F 4001-10.UD**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document entitled: **ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (Unlawful Detainer)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> **NOTE:** When using this form to indicate service of a proposed order, DO NOT list any person or entity in this service category.  Proposed orders do not generate an NEF.


**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) <u>10/10/2012</u> I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Nazie Azam, 18 Dorchester Green, Laguna Niguel, CA 92677 –US Mail
Nina Ringgold, 9420 Reseda Blvd., #361, Northridge, CA 91324 –US Mail
Amrane Cohen, 700 The City Drive South, Ste. 8500, Orange, CA 92868 –US Mail
United States Trustee, 411 W. Fourth Street, Ste 9041, Santa Ana, CA 92701 –US Mail

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ___<u>10/10/2012</u>___, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

T. Albert, 411 W. Fourth Street, Santa Ana, CA 92701, Personal Delivery via DDS (Bin outside of room 5097)

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


| <u>10/10/2012</u> | Sarah Lopez | /s/ Sarah Lopez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |


This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009                                                                    **F 4001-10.UD**

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362 (Unlawful Detainer)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** – Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of (date) 10/10/2012, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

- Amrane (SA) Cohen (TR)     efile@ch13ac.com
- Richard Sontag     richard@rswlaw.net
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐  Service information continued on attached page

**2.   SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

Nazie Azam, 18 Dorchester Green, Laguna Niguel, CA 92677 –US Mail

☐  Service information continued on attached page

**3.   TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐  Service information continued on attached page

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

**F 4001-10.UD**

## Certificate of Service

1

2        I hereby certify that on October 19, 2013, I served by deposit in the United States

3    Mail with postage fully prepaid a true and correct copy of the following:

4

5    **REQUEST FOR ADMISSIONS UNDER RULE 36 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

6    **[Bank of America, National Association Chief Executive Officer Brian Moynihan]**

7

8        This document was served on the following persons or entities specified below:

9

10   Kerry Moynihan, Esq.

11   Kerry.moynihan@bryancave.com

12   Bryan Cave LLP

13   120 Broadway, Suite 300

     Santa Monica, CA  90401-2386

14   (310) 576-2200 Telephone

15   (310) 576-2200 Fax

16   Attorneys for Bank of America, National Association

17   Richard Scott Sontag, Esq.

18   richard@rswlaw.net

19   Ruzicka & Wallace LLP

20   16520 Bake Parkway

     Suite 280

21   Irvine, CA  92618

22   (949) 759-1080 Telephone

23    (949) 759-6813  fax

24   Attorney for Richard Sontag, Esq.,, Dess Richardson, Esq., Ruzicka & Wallace LLP

25

26   Stefan Perovich, Esq.

27   Stefan.perovich@kyl.com

     David Piper, Esq.

28   David.piper@kyl.com

Keesal Young & Logan
400 Oceangate
Long Beach, CA  90802
(562) 436-2000 Telephone
 (562) 436-7416  Fax
Attorneys for U.S. Bank National Association, as Trustee, Successor in Interest to Bank of America National Association as Successor by Merger to La Salle Bank NA as Trustee for WaMu Mortgage Pass Through Certificates Series 2006-AR AND Bank of America National Association as Successor by Merger to La Salle Bank NA as Trustee for WaMu Mortgage Pass Through Certificates Series 2006-AR Trust

Maria T. Manning, Esq.
maria@waynesmarshall.com
Wayne S. Marshall & Associates
16130 Ventura Suite 500
Encino, CA  91436
(818) 905-3920 Telephone
(818) 905-3925  Fax
Attorneys for Coldwell Banker and Bessie Blazejewski

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and this declaration was executed on October 19, 2013 at Los Angeles, California.

# EXHIBIT 2

Subj:      **Rule 26 (f) conference, Azam v. Ruzicka & Wallace LLP et al SACV14-00226**
Date:      7/5/2014 1:31:14 A.M. Pacific Daylight Time
From:      Nrringgold@aol.com
To:        richard.sontag@rwclegal.com

Counsel:

The proposed date and time for the Rule 26 (f) conference is as follows:

August 3, 2014 3:30 p.m.
access code 953-1151, dial in 1-213-342-3060

Nina Ringgold

Subj:       **RE: Rule 26 (f) conference, Azam v. Ruzicka & Wallace LLP et al SACV14-00226**
Date:       7/7/2014 8:55:31 A.M. Pacific Daylight Time
From:       richard.sontag@rwclegal.com
To:         Nrringgold@aol.com

I'm confused. August 3rd is a Sunday, and I'm not available that day.

Also, the hearings on our motions to dismiss and strike are set for August 8th. Given Judge Staton's prior rulings in these cases I believe she will grant our motions. As such I don't want to waste my time doing anything else on this case until after Judge Staton rules on those motions.

**Richard Sontag, Esq.**



16520 Bake Parkway, Suite 280 | Irvine, CA 92618
T 949-759-1080 | F 949-759-6813 | richard.sontag@rwclegal.com | www.rwclegal.com
**Privileged And Confidential Communication.** This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.
**Fair Debt Collection Practices Act Disclosure:** To comply with the Fair Debt Collection Practices Act, we inform you that this is a communication from a debt collector. This may be an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge, no attempt is being made to collect a debt and any information will be obtained for informational purposes only.

---

**From:** Nrringgold@aol.com [mailto:Nrringgold@aol.com]
**Sent:** Saturday, July 05, 2014 1:31 AM
**To:** richard.sontag@rwclegal.com
**Subject:** Rule 26 (f) conference, Azam v. Ruzicka & Wallace LLP et al SACV14-00226

Counsel:

The proposed date and time for the Rule 26 (f) conference is as follows:

August 3, 2014 3:30 p.m.
access code 953-1151, dial in 1-213-342-3060

Nina Ringgold

Subj:   **RE: Rule 26 (f) conference, Azam v. Ruzicka & Wallace LLP et al SACV14-00226**
Date:   7/7/2014 10:21:25 A.M. Pacific Daylight Time
From:   richard.sontag@rwclegal.com
To:     Nrringgold@aol.com

Per my earlier email to you, under the circumstances I'd like to wait until after the August 8th hearings on our motions to dismiss and strike.

**Richard Sontag, Esq.**



16520 Bake Parkway, Suite 280 | Irvine, CA 92618
T 949-759-1080 | F 949-759-6813 | richard.sontag@rwclegal.com | www.rwclegal.com
**Privileged And Confidential Communication.** This electronic transmission, and any documents attached hereto, (a) are protected by the Electronic Communications Privacy Act (18 USC §§ 2510-2521), (b) may contain confidential and/or legally privileged information, and (c) are for the sole use of the intended recipient named above. If you have received this electronic message in error, please notify the sender and delete the electronic message. Any disclosure, copying, distribution, or use of the contents of the information received in error is strictly prohibited.
**Fair Debt Collection Practices Act Disclosure:** To comply with the Fair Debt Collection Practices Act, we inform you that this is a communication from a debt collector. This may be an attempt to collect a debt and any information obtained will be used for that purpose. However, if you are in bankruptcy or received a bankruptcy discharge, no attempt is being made to collect a debt and any information will be obtained for informational purposes only.

---

**From:** Nrringgold@aol.com [mailto:Nrringgold@aol.com]
**Sent:** Monday, July 07, 2014 9:31 AM
**To:** richard.sontag@rwclegal.com
**Subject:** Re: Rule 26 (f) conference, Azam v. Ruzicka & Wallace LLP et al SACV14-00226

Counsel:
 The proposed date and time for the Rule 26 (f) conference is as follows:
 Monday, August 4, 2014 3:30 p.m.
access code 953-1151, dial in 1-213-342-3060
 Nina Ringgold

In a message dated 7/7/2014 8:55:31 A.M. Pacific Daylight Time, richard.sontag@rwclegal.com writes:

> Counsel:
>
> The proposed date and time for the Rule 26 (f) conference is as follows:
>
> August 3, 2014 3:30 p.m.
> access code 953-1151, dial in 1-213-342-3060
>
> Nina Ringgold

# EXHIBIT 3

Subj:     **USDC 14-00226**
Date:     7/18/2014 5:34:34 A.M. Pacific Daylight Time
From:     Nrringgold@aol.com
To:       richard.sontag@rwclegal.com

Dear Counsel:

This is to advise you that my office will be seeking motion to conduct discovery relating to defendant's motion to strike.  This motion will be brought pursuant to 425.16 (g).  This email in addition to providing notice is to meet and confer regarding the motion.

Plaintiff will be seeking to take depositions and documents discovery on issues relevant to the motion.  Plaintiff will also request to propound special interrogatories and RFAs. on issues relevant to the motions.

Please let me know if you are available today.

My office will be filing this motion today or tomorrow.

NR

**Certificate of Service**

I hereby certify that on July 21, 2014, I electronically filed the following documents with the Clerk of Court by using CM/ECF system:

**PLAINTIFF'S EX PARTE APPLICATION FOR ORDERS PURSUANT TO UNDER 425.10 (g); DECLARATION OF NINA RINGGOLD**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and this declaration was executed on July 21, 2014 at Los Angeles, California.

s/  Matthew Melaragno